# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:03-cv-06178-SCR

County of Westcheste v. Abbott Laboratories,, et al
Assigned to: Judge Stephen C. Robinson
Referred to:
Demand: $0
Lead Docket: None
Related Cases: 7:03-cv-07055-SCR
Case in other court: None
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 08/18/03
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
------------------------

**County of Westchester**

represented by **Joanne M. Cicala**
Kirby, McInerney & Squire, L.L.P.
830 Third Avenue
New York, NY 10022
(212) 371-6600
*LEAD ATTORNEY*

**Roger W. Kirby**
Kirby, McInerney & Squire, L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022
(212) 317-2300
*LEAD ATTORNEY*

V.

**Defendant**
------------------------

**Abbott Laboratories, Inc.,**

**Agouron Pharmaceuticals, Inc.**

**Amgen, Inc.,**

**Astrazeneca Pharmaceuticals L.P.,**

**Astrazeneca US**

**Barr Laboratories,, *Barr Laboratories, Inc.,***

**Bayer Corporation**

**Bayer Pharmaceuticals,**

**Berlex Laboratories, Inc.**

**Biogen, Inc.,**

**Boehringer Ingelheim Corporation**

**Bristol-Myers Squibb Company**

**Eli Lilly And Company**

**Forest Pharmaceuticals, Inc.,**

**Fujisawa Healthcare, LTD.,**

**Gilead Sciences, Inc.,**                      represented by **Robert S. Litt**
                                                Arnold & Porter
                                                555 12th Street, N.W.
                                                Washington, DC 20004-1206
                                                202-942-5000
                                                *LEAD ATTORNEY*

**Glaxo Wellcome, P.L.C.,**

**Glaxosmithkline PLC,**

**Immunex Corporation,**

**Ivax Corporation,**

**Ivax Pharmaceuticals, Inc.,**

**Janssen Pharmaceutica Products, LP,**

**Johnson & Johnson**

**Medimmune, Inc.,**

**Merck & Co.,Inc.,**

**Novartis Pharmaceuticals
Corporation**

**Ortho Biotech Products, LP**

**Ortho Mcneil Pharmaceutical, Inc.,**

**PFizer Inc.,**

**Pharmacia Corporation,**

**Sanofi-Synthelabo, Inc.,**

**Schering-Plough Corp.,**

**Smithklinebeecham P.L.C,**

**Smithklinebeecham Corporation,**

**Takeda Chemical Industries, LTD.,**

**Takeda Pharmaceuticals North America, Inc.**

**Tap Pharmaceutical Products Inc.,**

**Warrick Pharmaceuticals LTD,**

**Wyeth**

**John Does 1-100**

| Filing Date | # | Docket Text |
|---|---|---|
| 08/18/2003 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 482409. (mde) (Entered: 08/22/2003) |
| 08/18/2003 | | Magistrate Judge George A. Yanthis is so designated. (mde) (Entered: 08/22/2003) . |
| 09/02/2003 | 2 | RICO CASE STANDING ORDER; The above-captioned case contains a civil RICO claim, which has been filed in this Court pursuant to 18USC 1961-1968. This Standing Order has been designed to establish a uniform and efficient procedure for procesing this case. So Ordered ( signed by Judge Colleen McMahon ); clk/m/cpys. (sv) (Entered: 09/03/2003) |
| 09/18/2003 | 3 | NOTICE of attorney appearance for Gilead Sciences, Inc by Robert S. Litt. (jma) (Entered: 09/22/2003) |
| 09/24/2003 | 6 | RICO Case Statement by County of Westcheste . (pf) (Entered: 10/03/2003) |
| 09/29/2003 | 4 | Notice of Case reassignment to Judge Stephen C. Robinson . Copy of notice and judge's rules mailed to Attorney(s) of record: Robert S. Litt, Joanne M. Cicala, Roger W. Kirby . (dh) (Entered: 09/30/2003) |
| 09/29/2003 | 5 | RULE 7.1 CERTIFICATE filed by Gilead Sciences, Inc . (ll) (Entered: 10/02/2003) |
| 10/14/2003 | 7 | NOTICE OF MOTION by Gilead Sciences, Inc to sever the claims against Gilead Sciences, Inc. from the other claims in this action . Return Date 11/7/03 at 9:30. (pf) (Entered: 10/20/2003) |
| 10/14/2003 | 8 | MEMORANDUM OF LAW by Gilead Sciences, Inc in support of [7- |

| | | |
|---|---|---|
| | | 1] motion to sever the claims against Gilead Sciences, Inc. from the other claims in this action . (pf) (Entered: 10/20/2003) |
| 10/28/2003 | 9 | STIPULATION and ORDER: It is hereby Stipulated by and between plntff and dft that the plntff's time to respond to dft's motion to sever is extended until 11/10/03. SO Ordered: ( signed by Judge Stephen C. Robinson ) Cópies sent by Clerk's Office (pf) (Entered: 10/29/2003) |
| 11/12/2003 | 10 | AFFIDAVITS OF SERVICE of Summons and Complaint as to Abbott Laboratories, Agouron Pharmaceutic, Amgen, Inc., Astrazeneca Pharmace, Astrazeneca US, Barr Laboratories, Bayer Corporation, Bayer Pharmaceutical, Berlex Laboratories, Biogen, Inc., Boehringer Ingelheim, Bristol-Myers Squibb, Eli Lilly And Compan, Forest Pharmaceutica, Fujisawa Healthcare, Gilead Sciences, Inc, Glaxo Wellcome, P.L., Glaxosmithkline PLC, Immunex Corporation, Ivax Corporation, Ivax Pharmaceuticals, Janssen Pharmaceutic, Johnson & Johnson, Medimmune, Inc., Merck & Co.,Inc., Novartis Pharmaceuti, Ortho Biotech Produc, Ortho Mcneil Pharmac, PFizer Inc., Pharmacia Corporatio, Sanofi-Synthelabo, Schering-Plough Corp, Smithklinebeecham P., Smithklinebeecham Co, Takeda Chemical Indu, Takeda Pharmaceutica, Tap Pharmaceutical P, Warrick Pharmaceutic, Wyeth by various servers on 8/25/03 and various other dates(see document for details). Answer due on 9/15/03 for Abbott Laboratories, for Agouron Pharmaceutic, for Amgen, Inc., for Astrazeneca Pharmace, for Astrazeneca US, for Barr Laboratories, for Bayer Corporation, for Bayer Pharmaceutical, for Berlex Laboratories, for Biogen, Inc., for Boehringer Ingelheim, for Bristol-Myers Squibb, for Eli Lilly And Compan, for Forest Pharmaceutica, for Fujisawa Healthcare, for Gilead Sciences, Inc, for Glaxo Wellcome, P.L., for Glaxosmithkline PLC, for Immunex Corporation, for Ivax Corporation, for Ivax Pharmaceuticals, for Janssen Pharmaceutic, for Johnson & Johnson, for Medimmune, Inc., for Merck & Co.,Inc., for Novartis Pharmaceuti, for Ortho Biotech Produc, for Ortho Mcneil Pharmac, for PFizer Inc., for Pharmacia Corporatio, for Sanofi-Synthelabo, for Schering-Plough Corp, for Smithklinebeecham P., for Smithklinebeecham Co, for Takeda Chemical Indu, for Takeda Pharmaceutica, for Tap Pharmaceutical P, for Warrick Pharmaceutic, for Wyeth . Served on various dfts by varying servers at various addresses(see document for details) (pf) (Entered: 11/14/2003) |
| 11/13/2003 | 11 | MEMORANDUM OF LAW by County of Westcheste in opposition to [7-1] motion to sever the claims against Gilead Sciences, Inc. from the other claims in this action . (pf) (Entered: 11/14/2003) |
| 11/14/2003 | 12 | STIPULATION and ORDER, extending time of all served defendants, and it is stipulated and agreed by the parties hereto that the extension will be granted to all served defendants. . ( signed by Judge Stephen C. Robinson ) clerk mailed order. (dh) (Entered: |

| | | 11/17/2003) |
|---|---|---|
| 11/17/2003 | 13 | REPLY MEMORANDUM by Gilead Sciences, Inc in support re: [7-1] motion to sever the claims against Gilead Sciences, Inc. from the other claims in this action . (pf) (Entered: 11/20/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/17/2004 12:22:13 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Case Number:** | 7:03-cv-06178-SCR |
| **Billable Pages:** | 3 | **Cost:** | 0.21 |