UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>04-CV-10322-PBS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GILEAD SCIENCES, INC.

TO THE CLERK:

Please enter the appearance of undersigned counsel for defendant Gilead Sciences, Inc. in *County of Westchester v. Abbott Laboratories, et al.*, 04-CV-10322-PBS.

Dated: March 19, 2004
Washington, DC.

Respectfully submitted,

_____
KRAIG B. LONG
KATHERINE R. HENDLER

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5000 (phone)
(202)942-5999 (fax)

*Attorneys for defendant Gilead Sciences, Inc.*

## CERTIFICATE OF SERVICE

I, Katherine R. Hendler, hereby certify that on this 19th day of March, 2004, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Katherine R. Hendler